UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVEN NEIGHBORS, as Trustee of the A. Don WATKINS REVOCABLE TRUST dated May 1, 2009, Restatement dated July 8, 2011,<br><br>    Plaintiff<br><br>vs.<br><br>WASHINGTON CARE SERVICES, a Washington nonprofit corporation, and SOUTHEAST EFFECTIVE DEVELOPMENT, a Washington nonprofit corporation,<br><br>    Respondents | CASE NO: 2:19-cv-00649-RSL<br><br>AGREED ORDER RE SUBSTITUTION OF COUNSEL AND STAYING LITIGATION |

This matter came before the Court on the Stipulated Motion for Substitution of Counsel and Stay of Litigation between the above-named parties ("Stipulation"). The Court having reviewed the stipulation and finding that good cause exists to grant the relief requested, it is hereby:

ORDERED that the law firm of Miller Nash Graham & Dunn LLP is authorized to withdraw as attorneys of record for Defendant Washington Care Services, and its withdrawal is hereby effective; and it is further

AGREED ORDER RE SUBSTITUTION OF COUNSEL AND STAYING
LITIGATION
CASE NO. 2:19-CV-00649-RSL - 1



DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

ORDERED that Daniel J. Bugbee and Dominique R. Scalia of DBS Law will substitute as Attorney of Record for McCallen & Sons, Inc., the duly appointed General Receiver over Washington Care Services; and it is further

ORDERED that this litigation be stayed as to any action against any party until August 23, 2019, which date may be further extended pursuant to a subsequent order.

DONE this 26th day of June, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

AGREED ORDER RE SUBSTITUTION OF COUNSEL AND STAYING LITIGATION
CASE NO. 2:19-CV-00649-RSL - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737