1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

STEVEN NEIGHBORS, as Trustee of the A.
Don WATKINS REVOCABLE TRUST
dated May 1, 2009, Restatement dated July 8,
2011,

    Plaintiff

    vs.

WASHINGTON CARE SERVICES, a
Washington nonprofit corporation, and
SOUTHEAST EFFECTIVE
DEVELOPMENT, a Washington nonprofit
corporation,

    Respondents

CASE NO: 2:19-cv-00649-RSL

AGREED ORDER RE SUBSTITUTION
OF COUNSEL AND STAYING
LITIGATION

10
11
12
13
14
15
16
17
18

    This matter came before the Court on the Stipulation re Stay of Litigation between the

19
20

above-named parties ("Stipulation"). The Court having reviewed the stipulation and finding that

21

good cause exists to grant the relief requested, it is hereby:

22

    ORDERED that this litigation be stayed as to any action against Washington Care

23

Services until January 23, 2020, which date may be further extended pursuant to a subsequent

24

order.

25
26

AGREED ORDER RE STAY OF LITIGATION
CASE NO. 2:19-CV-00649-RSL - 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

1    DONE this 17ᵗʰ day of _October_____, 2019

2

3

4                                                _Mℳ S Lasnik_____
                                    THE HONORABLE ROBERT S. LASNIK
5    Presented by:

6    DBS | LAW

7    By  _s/Dominique Scalia_____
            Daniel J. Bugbee, WSBA No. 42412
8            Dominique Scalia, WSBA No. 47313
            155 NE 100ᵗʰ St., Suite 205
9            Seattle, WA 98125
            Phone: 206-489-3802
10           Fax:    206-973-8737
            dbugbee@lawdbs.com
11           dscalia@lawdbs.com
            _Attorneys for McCallen & Sons, Court_
12           _Appointed Receiver over Washington_
            _Care Services_
13
     HOLMES WEDDLE & BARCOTT
14
     By  _s/Stephen C. Smith_____
15           Stephen C. Smith, WSBA No. 15414
            999 3ʳᵈ Ave, Suite 2600
16           Seattle, WA 98104
            Phone: 206-863-9000
17           ssmith@hwb-law.com
            _Attorney for Plaintiff_
18
     NORTHCRAFT BIGBY PC
19
     By  _s/Aaron D. Bigby_____
20           Aaron D. Bigby, WSBA No. 29271
            819 Virginia St., Suite C-2
21           Seattle, WA 98101
            Phone: 206-623-0229
22           Aaron_bigby@northcraft.com
            _Attorney for Defendant Southeast_
23           _Effective Development_

24

25

26

AGREED ORDER RE STAY OF LITIGATION
CASE NO. 2:19-CV-00649-RSL - 2



**DBS | LAW**

A Professional Limited Liability Company
155 NE 100ᵗʰ Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737