UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVEN NEIGHBORS, as Trustee of the A. Don WATKINS REVOCABLE TRUST dated May 1, 2009, Restatement dated July 8, 2011,<br><br>Plaintiff<br><br>vs.<br><br>WASHINGTON CARE SERVICES, a Washington nonprofit corporation, and SOUTHEAST EFFECTIVE DEVELOPMENT, a Washington nonprofit corporation,<br><br>Respondents | CASE NO: 2:19-cv-00649-RSL<br><br>AGREED ORDER RE CONTINUED STAY OF LITIGATION |

This matter came before the Court on the *Third Stipulation re Stay of Litigation* between the above-named parties ("Stipulation"). The Court having reviewed the stipulation and finding that good cause exists to grant the relief requested, it is hereby:

ORDERED that this litigation be stayed as to any action against Washington Care Services until January 15, 2021, which date may be further extended pursuant to a subsequent order.

AGREED ORDER RE STAY OF LITIGATION
CASE NO. 2:19-CV-00649-RSL - 1



DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

DONE this 7th day of February, 2020.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

DBS | LAW

By /s/Dominique Scalia
 Daniel J. Bugbee, WSBA No. 42412
 Dominique Scalia, WSBA No. 47313
 155 NE 100th St., Suite 205
 Seattle, WA 98125
 Phone: 206-489-3802
 Fax:   206-973-8737
 dbugbee@lawdbs.com
 dscalia@lawdbs.com
 *Attorneys for McCallen & Sons, Court Appointed Receiver over Washington Care Services*

HOLMES WEDDLE & BARCOTT

By /s/Stephen C. Smith
 Stephen C. Smith, WSBA No. 15414
 999 3rd Ave, Suite 2600
 Seattle, WA 98104
 Phone: 206-863-9000
 ssmith@hwb-law.com
 *Attorney for Plaintiff*

NORTHCRAFT BIGBY PC

By /s/Aaron D. Bigby
 Aaron D. Bigby, WSBA No. 29271
 819 Virginia St., Suite C-2
 Seattle, WA 98101
 Phone: 206-623-0229
 Aaron_bigby@northcraft.com
 *Attorney for Defendant Southeast Effective Development*



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737