UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVEN NEIGHBORS, as Trustee of the A. Don WATKINS REVOCABLE TRUST dated May 1, 2009, Restatement dated July 8, 2011,<br><br>    Plaintiff<br><br>    vs.<br><br>WASHINGTON CARE SERVICES, a Washington nonprofit corporation, and SOUTHEAST EFFECTIVE DEVELOPMENT, a Washington nonprofit corporation,<br><br>    Respondents | CASE NO: 2:19-cv-00649-RSL<br><br>AGREED ORDER RE CONTINUED STAY OF LITIGATION |

This matter came before the Court on the *Fourth Stipulation re Stay of Litigation* between the above-named parties ("Stipulation"). The Court having reviewed the stipulation and finding that good cause exists to grant the relief requested, it is hereby:

ORDERED that this litigation be stayed as to any action against Washington Care Services until June 15, 2021, which date may be further extended pursuant to a subsequent order.

DONE this  24th  day of           March           , 2021.

AGREED ORDER RE STAY OF LITIGATION
CASE NO. 2:19-CV-00649-RSL - 1



DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

*Robt S Lasnik*

THE HONORABLE ROBERT S. LASNIK

Presented by:

DBS | LAW

By /*s/Dominique Scalia*
    Daniel J. Bugbee, WSBA No. 42412
    Dominique Scalia, WSBA No. 47313
    155 NE 100th St., Suite 205
    Seattle, WA 98125
    Phone: 206-489-3802
    Fax:   206-973-8737
    dbugbee@lawdbs.com
    dscalia@lawdbs.com
    *Attorneys for McCallen & Sons, Court Appointed Receiver over Washington Care Services*

HOLMES WEDDLE & BARCOTT

By /*s/Stephen C. Smith*
    Stephen C. Smith, WSBA No. 15414
    999 3rd Ave, Suite 2600
    Seattle, WA 98104
    Phone: 206-863-9000
    ssmith@hwb-law.com
    *Attorney for Plaintiff*

NORTHCRAFT BIGBY PC

By /*s/Aaron D. Bigby*
    Aaron D. Bigby, WSBA No. 29271
    819 Virginia St., Suite C-2
    Seattle, WA 98101
    Phone: 206-623-0229
    Aaron_bigby@northcraft.com
    *Attorney for Defendant Southeast Effective Development*

AGREED ORDER RE STAY OF LITIGATION
CASE NO. 2:19-CV-00649-RSL - 2



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737