UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN NEIGHBORS, as Trustee of the A. Don WATKINS REVOCABLE TRUST dated May 1, 2009, Restatement dated July 8, 2011,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON CARE SERVICES, a Washington nonprofit corporation, and SOUTHEAST EFFECTIVE DEVELOPMENT, a Washington nonprofit corporation,<br><br>Respondents. | NO. C19-649RSL<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

This Court having stayed the above-entitled action per stipulation of the parties at Dkt. #22;

It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until May 31, 2022. The parties shall file a Joint Status Report by June 7, 2022, updating the Court on the status of this case.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 15th day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD-1