UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
STEVEN NEIGHBORS, as TRUSTEE OF THE A.  )
Don WATKINS REVOCABLE TRUST dated    )
May 1, 2009, Restatement dated July 8, 2011   )
                                                                          )   Case No. C19-649RSL
                             Plaintiff,                               )
              v.                                                      )
                                                                          )   ORDER TO SHOW CAUSE
WASHINGTON CARE SERVICES, a          )
Washington nonprofit corporation, and           )
SOUTHEAST EFFECTIVE DEVELOPMENT, a )
Washington nonprofit corporation,                  )
                                                                          )
                             Defendants.                           )
_____)

On July 15, 2021, the Court issued an Order Removing Case from Active Caseload and required the parties to file a Joint Status Report updating the Court on the status of the case by June 7, 2022. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, June 30, 2022, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of July 15, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for July 1, 2022.

ORDER TO SHOW CAUSE

1   DATED this 10th day of June, 2022.

2

3

4

5                                   *signature*
                                    Robert S. Lasnik
6                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE                          -2-